No. 01–1787. SIMPLE TECHNOLOGY, INC. *v.* DENSE-PAC MICRO-SYSTEMS, INC. C. A. Fed. Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Festo Corp.* v. *Shoketsu Kinzoku Kogyo Kabushiki Co.,* 535 U. S. 722 (2002).

No. 01–1827. FACE, VIRGINIA COMMISSIONER OF FINANCIAL INSTITUTIONS, ET AL. *v.* NATIONAL HOME EQUITY MORTGAGE ASSN. C. A. 4th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Gonzaga Univ.* v. *Doe,* 536 U. S. 273 (2002).

No. 01–9286. VARNER *v.* ILLINOIS. Sup. Ct. Ill. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Kansas* v. *Crane,* 534 U. S. 407 (2002).

No. 01–10469. SLANINA *v.* UNITED STATES. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Ashcroft* v. *Free Speech Coalition,* 535 U. S. 234 (2002).

No. 02–90. TALBERT FUEL SYSTEMS PATENTS CO. *v.* UNOCAL CORP. ET AL. C. A. Fed. Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Festo Corp.* v. *Shoketsu Kinzoku Kogyo Kabushiki Co.,* 535 U. S. 722 (2002).

No. 02–5014. HALL *v.* TEXAS. Ct. Crim. App. Tex. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Atkins* v. *Virginia,* 536 U. S. 304 (2002).

No. 02–5164. TENNARD *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Atkins* v. *Virginia,* 536 U. S. 304 (2002).